**STATE of Missouri, Respondent,**

v.

**Willie LOVE, Appellant.**

**No. ED 77693.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 6, 2001.

Douglas R. Hoff, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Andrea Mazza Follett; Assistant Attorney General, Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Defendant appeals from a judgment entered after a bench trial by the Circuit Court of the City of St. Louis finding him guilty of one count of criminal non-support. Defendant was sentenced to a term of one year in prison. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).